**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO DELGADILLO SANCHEZ; ANA BERTHA SANCEZ,<br><br>   Plaintiffs,<br><br>v.<br><br>WT CAPITAL LENDER SERVICES, a California Corporation; STERLING PACIFIC LENDING, INC.; CHICAGO TITLE/SALINAS,<br><br>   Defendants. | Case No.: C 11-5008 PSG<br><br>**ORDER TO SHOW CAUSE** |

On October 11, 2011, Plaintiffs filed their complaint. Based on the docket, Plaintiffs have yet to serve Defendants,[1] and Defendants have not appeared in this case.

On November 29, 2011, Plaintiffs failed to appear for a case management conference. Plaintiffs also failed to file the required Case Management Conference Statement.[2] Accordingly,

IT IS HEREBY ORDERED that Plaintiffs are ordered to show cause in writing no later than January 3, 2012 why this case should not be dismissed for failure to prosecute.[3]

Dated: 11/29/2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs have not more than 120 days after the complaint is filed to serve Defendants.

[2] *See* Civil Local Rule 16-9; Fed. R. Civ. P. 26(f).

[3] *See* Fed. R. Civ. P. 41(b).

ORDER