UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALFONSO DELGADILLO SANCHEZ and ANA BERTHA SANCHEZ,<br><br>                Plaintiffs,<br>v.<br><br>W.T. CAPITAL LENDER SERVICES, a California corporation; STERLING PACIFIC LENDING, INC.; CHICAGO TITLE/ SALINAS,<br><br>                Defendants. | Case No.: C 11-5008 PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE** |

      On November 29, 2011, Plaintiffs failed to appear for a case management conference. The court issued an order to show cause, to which Plaintiffs have responded in a timely manner. Plaintiffs explain that they were never notified of the case management conference.

      The court notes that Plaintiffs are proceeding in pro se without the benefit of counsel. Based on Plaintiffs' representation, the court finds good cause in this instance for Plaintiffs' failure to appear. The order to show cause is therefore dissolved.

      The court reminds Plaintiffs, however, that they are required to comply with all federal and local rules. This includes Fed. R. Civ. P. 4(m), which requires Plaintiffs to serve Defendants within 120 days of the filing of their complaint, and Fed. R. Civ. P. 26(f), which governs the appropriate

Case No.: 10-5865
ORDER

disclosures and procedures to take place before the court's next scheduling conference.[1] A further case management conference will be held at 2:00 p.m. on Tuesday, February 14, 2012.

IT IS SO ORDERED.

Dated: 1/9/2012

   *Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

---

[1] The court encourages Plaintiffs to use the free services of the Federal Legal Assistance Self-Help Center, located at the Northern District's San Jose courthouse, for assistance in complying with these rules.

Case No.: 10-5865
ORDER